1
2
3                                                                            "O"
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No. SACR 05-124 DOC |
| 12           Plaintiff, | )<br>) | ORDER OF DETENTION |
| 13       v. | )<br>) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| 14  FRANK NERIDA , | )<br>) | |
| 15           Defendant. | ) | |

16

17     The defendant having been arrested in this judicial district pursuant to a warrant
18 issued by the Honorable Judge David O. Carter, United States District Judge, for an alleged
19 violation of the terms and conditions of the defendant's supervised release; and
20     The Court having conducted a detention hearing pursuant to Federal Rule of Criminal
21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds that:
22 A.   (X)   The defendant has not met his burden of establishing by clear and convincing
23             evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or
24             (c). This finding is based on the defendant's lack of bail resources, lack of a
25             stable residence, and the nature of the charged offense, which indicates the
26             defendant is unlikely to comply with conditions of release; and
27
28

1  B.    (X)    The defendant has not met his burden of establishing by clear and convincing
2              evidence that he is not likely to pose a danger to the safety of any other person
3              or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding
4              is based on the nature of the charged offense and defendant's criminal history.

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 25, 2008

                                          /s/     Arthur Nakazato
                                        ARTHUR NAKAZATO
                              UNITES STATES MAGISTRATE JUDGE